Case 1:15-cv-00533-WS-B   Document 1   Filed 10/21/15   Page 1 of 7

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA


SCANNED

Diana Goodykoontz
    Plaintiff,

vs.

Civil Action No. 15-CV-533-WS-B

Diamond's Gentleman's Club
    Defendant(s)

U.S. DISTRICT COURT
SOU. DIST. ALA.
FILED IN CLERK'S OFFICE

OCT 21 2015

CHARLES R. DIARD, JR.
CLERK

**COMPLAINT**

1. Plaintiff resides at 5200 Lillian Hwy Unit 36274

2. Name(s) of defendant(s) Diamond's Gentleman's Club

3. Location of principal office(s) of the named defendant(s)
   4664 Airport Blvd, Mobile, AL 36608

4. Nature of business of defendant(s) Night Club

5. Approximate number of individuals employed by defendant(s) 15-100 varies

6. The acts complained of in this suit concern:

   (A) ____ Failure to employ me.

   (B) _X_ Termination of my employment.

   (C) ____ Failure to promote me.

   (D) ____ Other acts as specified below: ____

7. Plaintiff is:

   (A) \_\_\_\_ Presently employed by the defendant.

   (B) _X_ Not presently employed by the defendant.

   The dates of employment were  _September 2014_

   (1) \_\_\_\_ Plaintiff was discharged.

   (2) \_\_\_\_ Plaintiff was laid off.

   (3) \_\_\_\_ Plaintiff left the job voluntarily.

8. Defendant(s) discriminated against me on account of my:

   (A) \_\_\_\_ Race        \_\_\_\_ Sex

   \_\_\_\_ Color            \_\_\_\_ National Origin

   \_\_\_\_ Religion

   Therefore, I am bringing this action for employment discrimination pursuant to Title VII of the Civil Rights Act of 1964, specifically, 42 U.S.C. § 2000e-5.

   (B) \_\_\_\_ Physical disability

   \_\_\_\_ Mental disability

   Therefore, I am bringing this action pursuant to the American with Disabilities Act, specifically, 42 U.S.C. § 12117.

   (C) _X_ Age

   Therefore, I am bringing this action pursuant to the Age Discrimination in Employment Act of 1967, specifically, 29 U.S.C. § 626.

9. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) _Club Manager Jay_

10. The alleged discrimination occurred on or about _9/25/14_

11. The nature of my complaint, i.e., the manner in which the individual(s) named above

discriminated against me in terms of the conditions of my employment, is as follows:

After he told me he did not want me to come back. I repeatedly asked him why. He replied, "Because you're too old"

12. The alleged illegal activity took place at Diamond's Gentlemen's Club

13. I filed charges with the Equal Employment Opportunity Commission regarding alleged discriminatory conduct by defendant(s) on or about Feb/March 2015

I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on 9/30/15

14. I seek the following relief:

(A) _X_ Recovery of back pay.

(B) _____ Reinstatement to my former job, and any other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

Date: 10/21/15

Diana Goodykoontz
Signature of Plaintiff

5200 Lillian Hwy Unit 36274
Pensacola, FL 32516
Address of Plaintiff

(850) 602-8987
Telephone Number of Plaintiff

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE
*(CONCILIATION FAILURE)*

| | | | |
|---|---|---|---|
| To: | Diana L. Goodykoontz<br>5200 Lillian Highway<br>Unit 36274<br>Pensacola, FL 32516 | From: | Mobile Local Office<br>63 S Royal Street<br>Suite 504<br>Mobile, AL 36602 |

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 425-2015-00522 | ARLENE A. GORCEY,<br>Investigator | (251) 690-2177 |

### TO THE PERSON AGGRIEVED:

This notice concludes the EEOC's processing of the above-numbered charge. The EEOC found reasonable cause to believe that violations of the statute(s) occurred with respect to some or all of the matters alleged in the charge but could not obtain a settlement with the Respondent that would provide relief for you. In addition, the EEOC has decided that it will not bring suit against the Respondent at this time based on this charge and will close its file in this case. This does not mean that the EEOC is certifying that the Respondent is in compliance with the law, or that the EEOC will not sue the Respondent later or intervene later in your lawsuit if you decide to sue on your own behalf.

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*Erika LaCour*            8-26-15

Enclosures(s)      Erika LaCour,<br>Local Office Director      *(Date Mailed)*

cc: **DIAMONDS GENTLEMAN'S CLUB**<br>c/o Thomas Boller, Esq.<br>150 Government Street<br>Suite 1001<br>Mobile, AL 36602

5200 Lillian Hwy Unit 36274
Pensacola, FL 32516
March 2, 2015

U.S. Equal Employment Opportunity Commission
63 South Royal St.
Suite 504
Mobile, AL 36602

To Whom It May Concern:

  I was hired at Diamond's Gentleman's club on Friday June 27, 2014. I came into the club around 7p.m. with my friend John Bridges. I looked for a manager to ask if I could be employed as a dancer at their establishment. At first I was told to come back Monday to audition, I quickly replied that I had my dancer clothing with me and could get dressed immediately. The two managers agreed that business was slow so that would work. I went into the dressing room to change and waited to be called to the stage. After the audition, the manager came to the dressing room to get me before I had even finished changing back into my street clothes. They wanted me upstairs in the office. (The office was upstairs then.) The DJ that was working that night was at his station upstairs in the office, too. They had me fill out a card of the songs/groups I liked to dance to. Then the manager told me the fees required to work there: Bar Floor Fee-Arrive at 4p.m. 0

-Arrive 5-7p.m.  $10.00
-Arrive 7p.m.-after $20.00

I was to pay the DJ $10.00 or 10% of my floor income for the night-whichever was greater.

  Then the manager began to talk to me about how they know how we have bad nights when there's no money in the bar. He specifically said, "We're not going to rob you, If you don't make any money don't worry about it." The DJ chimed in on the same note saying, "We're all here to make money, and if you girls don't make any money, we don't either." The manager also told me that they didn't keep unpaid house fees 'on the board'. (Meaning they didn't save up what you owe until you have a good night and then take all of your money and send you home with little or nothing.) Both the DJ and manager repeatedly told me, "We don't treat our girls like that, we don't rob them like other places do." They offered to let me work Sunday, but told me I would be taking my chances if they were raided by the police. I told the manger that hired me I would get the entertainer card that is legally required to work in bars on Monday. I told him I would work the evening after I got it. On the way back to John's house, I relayed everything that I had been told to him. He agreed that was fair.

  Monday I woke up very sick. I couldn't speak because my throat was too sore. I wasn't able to get out of bed for anything except to use the bathroom. I called Diamond's on Wednesday when I was able to squeak loud enough over the phone to be heard. I spoke with Joe and told him who I was and that I was very sick, but that I still wanted the job. I heard a man's voice in the background say "We don't schedule the dancers so it doesn't matter." Joe said it was fine. I was ill for an extended period of time. So sick that I lost 21 pounds in just under a week. I got the entertainer's card at the Mobile police station July 22, 2014. I had planned to start at Diamond's that evening, but when I got lightheaded just going up one flight of stairs at the police station, I decided it would be better to wait until I was stronger to show up at a job that requires physical strength and endurance.

  I was still not at full strength when I came to work my first day on Monday, September 8th 2014 . I enjoyed the people I worked with that night. The next day after I was weak again from the lingering fatigue of the illness, so I wasn't able to come back until Thursday, September 25th I came in around 4:00p.m. I was the only girl working for almost two hours. The day shift personnel were kind to me just as they had been before. I worked with those same people all night my first night.

  Sometime around 7p.m. the night shift came in. I had not met any of them before, so I didn't interact with them much except when I needed to. Within an hour or so after night shift arrived, Joe

called me to the bar and asked me how old I was. I was stunned that he would ask me such a question, but I saw no reason to lie to him. I told him, "I'm 40 and I'll be 41 in November." I wondered why he was interested in my age that night when he was not concerned about it when I worked with him before. A short time later, Joe called me back to the bar again. He asked me how many kids I had. I told him I didn't have any. He told me, "You can't work here unless you've had 4 kids." I started laughing because there was no possible way I could have such a pretty body after birthing 4 children and I knew he knew that. I also knew that many of the girls working there that night didn't have any children. He continued to tell me I couldn't work there if I didn't have kids. I continued to laugh and say, "No, I know that's not true." and ask, "why on earth would you say that to me?" Finally, he gave up and asked me if he had a good poker face. I told him he did, but I knew better. I wondered for some portion of the night what the point of his joke was. I noticed a distinct change in the attitude of the night shift, specifically the DJ, bartendress and the manager. I ignored it at first thinking that it was just that they were busy and the dancers clearly weren't. The clients were buying drinks, but not spending money on the dancers that night. The bartendress ignored me (and the customers). She handed me my entertainer's license a little while after Joe told me I couldn't work there without children. That was extremely strange behavior, since the club normally is supposed to keep it. I asked her, "Are we supposed to keep it on our person now?" She replied, "I was just told to give it to you."

    The DJ walked away every time I entered the booth to speak with him about what music I could use on night shift. I walked into the DJ area (the booth, or DJ booth as it is normally called) five times that night only to watch him walk out and stand somewhere out in the bar not doing anything or speaking to anyone. I knew that this was a deliberate act after the 3rd time he did it. I spoke to the daytime DJ about the night DJ's behaviour because I had never in all my years of working as a dancer EVER BEEN TREATED LIKE THAT by ANY DJ!!!!! There was simply NO WAY I could have offended him because I hadn't spoken to him all night and therefore could not have given him cause to treat me so poorly. I decided after speaking to the daytime DJ that I would not work anymore nights with that night time DJ. Problem solved, or so I thought.

    I didn't make much money that night. I had worked somewhere around 11 hours that night when I decided to leave. I changed and came downstairs sometime after 4:00 a.m. When leaving I was required to tip the DJ $10.00 or 10% whichever is greater. I gave him $10.00 and took the obligatory post-it note to the manager next. I felt ripped off by the DJ because he did not play any music that I liked and most of it I didn't even know. I considered it a 'good riddance' fee because I did not plan to work the nights he worked any longer. When I handed the post-it to the night manager next as required, he ordered me to give him a $10.00 floor fee. First, I was confused because I was there around 4:00p.m. and thought I didn't have to pay the floor fee because I was there too early. Second, When I was hired the manager that hired me promised that I would not be ripped off on the nights that I had not made any money. It was obvious that I had not made much money that night. I told him, "Let me see if I have it." I pulled out the remainder of the few one dollar bills that I had left. I counted out the last of my money in front of him (all ones) and they totaled $11.00. He repeated for me to give him $10.00. I asked him, "Dude, are you really gonna make me leave here with a dollar?"

    LET ME BE CLEAR!!!! I was not being 'smart', yelling or even using an annoying tone. I WAS COMEPLETELY STUNNED AND IN SHOCK!!!! He quickly replied, "Then I invite you not to come back." (At that moment I knew why my Entertainer card had been given back to me. This had been planned for some reason I had yet to figure out.) Disbelieving what I just heard I said, "Excuse me?" He repeated the same statement and then made himself uncharacteristically busy. I remained standing near the cash register until he finally returned. I asked, "Are you firing me because you want all the money I made tonight? You're firing me over $10.00?" He said, "No, I'm inviting you to not come back." And again he made himself busy for an extended period of time. I continued standing there because I was not finished asking questions. When he finally returned I informed him that when I was first hired I was promised that I wouldn't be ripped off like that. He

snapped at me, "I'm the general manager, what I say goes!" I replied that I would like to speak to the owner and he said the owner had hired him to run things so talking to the owner would do no good. I repeated that I still wanted to speak to the owner anyway. (I suspected his behavior was not how the owner would have liked which is why I continued to insist.) Finally, he said, "The owner pops in and out whenever he wants during the day or night. You can come here and wait to see if he comes in and you can talk to him then." He was making it clear to me that he was going to make it nearly impossible to speak to his direct supervisor, since I would have to drive to and from and wait for a man I didn't know for a 12-14 hour period. He also added that he had a specific image that he wanted in the club and that I didn't fit.

    Again, I knew something was not right because I was always management's first pick. He continued to make himself busy. I remained standing at the edge of the bar by the cash register. When he could no longer remain busy, I asked, "How do I not fit?" He replied, "You don't fit the profile I'm wanting here." This went on for about 20 minutes. He would continue to make himself busy and I would ask that same question and get the same reply. I was determined that I was not leaving without a specific answer. I casually noticed that he had not been busy all night until I was questioning him about why he was firing me. At this point I realized that getting fired was not something I had done wrong or not done as pertained to my job description. Whatever was going on was his doing, not mine. After the fourth or fifth time I asked him that same question he became angry, leaned over and looked me in the eye. He emphatically and with intentional cruelty snarled at me, "Because YOU'RE TOO OLD!!!!

    I went upstairs to clean out my locker. While I was in the dressing room three other girls asked me about when I was going to start making costumes. I told them Jay had just fired me because I was too old and I wouldn't be there to make any for them. All three girls stood confused when I told them that. All three of them asked me how old I was. When I told them I was 40 every one of them replied that I didn't look my age at all.