IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DIANA GOODYKOONTZ** * | |
| * | |
| Plaintiff, * | |
| v. * | CIVIL ACTION NO. 1:15-cv-00533-WS-B |
| **DIAMOND'S GENTLEMAN'S CLUB** * | |
| * | |
| Defendant. * | |

**MOTION FOR MODIFICATION OF ORDER**

COMES NOW Defendant and in response to the Order filed by this Honorable Court yesterday, 1 June 2016, requiring "parties and their counsel" to appear at a scheduling conference on 15 June 2016, counsel for Defendant would request that the representative of the Defendant not be required to be present, since he is currently living in Maryland. He can be available by telephone for the meeting, but to require his personal appearance on such short notice would cause an undue burden and hardship, particularly in light of the subject of the meeting (scheduling) and the fact that Counsel for the Defendant will be present.

WHEREFORE, the premises considered, Defendant requests this Honorable Court amend the above referenced Order, and waive the requirement that the representative of the Defendant be personally present for this conference, or to grant your Defendant whatever further or different relief it may be entitled.

Respectfully submitted this 2nd day of June, 2016.

　　　　　　　　　　　　　　　　　　　_s/ Thomas R. Boller_
　　　　　　　　　　　　　　　　　　　THOMAS R. BOLLER
　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　150 Government Street, Suite 1001
　　　　　　　　　　　　　　　　　　　Mobile, Alabama 36602
　　　　　　　　　　　　　　　　　　　(251) 433-2133
　　　　　　　　　　　　　　　　　　　Fax: (251) 433-2135
　　　　　　　　　　　　　　　　　　　tom@bollerlawfirm.com

2

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served upon counsel for all parties to this proceeding by mailing the same by United States Mail, first class postage prepaid or by hand delivery on this 2nd day of June 2016, as follows:

Diana Goodykoontz
5200 Lillian Highway
Unit 36274
Pensacola, Florida 32516

                                                                   s/ Thomas R. Boller
                                                                   THOMAS R. BOLLER