**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| DIANA GOODYKOONTZ, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CASE NO: 1:15-CV-00533-WS-B |
| | * | |
| DIAMOND'S GENTLEMAN'S CLUB, | * | |
| | * | |
| Defendant. | * | |

**NOTICE OF APPEARANCE**

COMES NOW Abby M. Richardson and files this Notice of Appearance on behalf of the Plaintiff, Diana Goodykoontz.

Respectfully submitted this 6th day of June, 2016,

*/s/ Abby M. Richardson*
ABBY M. RICHARDSON (RICHA3209)

*Attorney for Plaintiff*

OF COUNSEL:

RICHARDSON LAW FIRM, LLC
118 N. Royal Street, Suite 100
Mobile, Alabama  36602
Telephone:   (251) 338-1695
Facsimile:   (251) 338-1698
Email:   abby@richardsonlawllc.com