IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DIANA GOODYKOONTZ** | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION NO. 1:15-cv-00533-WS-B |
| **DIAMOND'S GENTLEMAN'S CLUB** | * | |
| | * | |
| Defendant. | * | |

## NOTICE OF FILING

COMES NOW Defendant Diamond's Gentleman's Club, and gives notice of service of the following:

1.  Defendant's Initial Disclosures.

Respectfully submitted this 1st day of July, 2016.

s/ Thomas R. Boller
THOMAS R. BOLLER
Attorney for Defendant
150 Government Street, Suite 1001
Mobile, Alabama 36602
(251) 433-2133
Fax: (251) 433-2135
tom@bollerlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon counsel for all parties to this proceeding by mailing the same by United States Mail, first class postage prepaid or by hand delivery on this 1st day of July 2016, as follows:

Abby M. Richardson, Esq.
118 North Royal Street
Suite 100
Mobile, Alabama 36602

_s/ Thomas R. Boller
THOMAS R. BOLLER