# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DIANA GOODYKOONTZ * | |
| * | |
| Plaintiff, * | |
| v. * | CIVIL ACTION NO. 1:15-cv-00533-WS-B |
| JMV INC. d/b/a * | |
| DIAMOND'S GENTLEMAN'S CLUB * | |
| and J. & V. RESTAURANT AND * | |
| LOUNGE #1, INC. d/b/a DIAMOND'S * | |
| GENTLEMAN'S CLUB * | |
| * | |
| Defendant. * | |

## PARTIES' JOINT STATEMENT REGARDING SETTLEMENT

Pursuant to the Court's Scheduling Order, Doc. 26 at 5-6, the parties hereby submit their Joint Statement Regarding Settlement.

The parties and their counsel met to discuss the possibility of settlement on October 24, 2016. The settlement negotiations were not fruitful. Defendant wishes to have the Court first determine whether it employs a sufficient number of employees to be subject to the Age Discrimination in Employment Act, pursuant to which Plaintiff brings her sole claim of wrongful termination, before potentially engaging in any of the approved alternative dispute resolution procedures available to the parties.

The parties have since been ordered to participate in a Settlement Conference with Judge Bivins on November 28, 2016 (Doc. 51), and will revisit the possibility of settlement at that time.

1

Respectfully submitted this 15th day of November 2016:

*s/Abby M. Richardson*
Richardson Law Firm, LLC
118 North Royal Street Suite 100
Mobile, Alabama 36602
251-338-1695
abby@richardsonlawllc.com

*Attorney for Plaintiff*

*s/ Thomas R. Boller (with permission)*
150 Government Street
Suite 1001
Mobile, Alabama 36602
251-433-2133
tom@bollerlawfirm.com

*Attorney for Defendants*